IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pan Oceanic Maritime, Inc.
Petitioner(s)

Case Number: <u>10 Civ. 5923 (LTS)(RLE)</u>

-against-

RSUSA, LLC et al
Respondent(s)

## AFFIDAVIT OF SERVICE

1) My name is Oscar Ortega, and I am over eighteen (18) years of age and certified to serve process in the State of Texas
2) On or about August 20, 2010, I received a Notice of Petition to Confirm Arbitration Award, Affidavit of Thomas H. Belknap, Jr., in Support, Memorandum of Law in Support, Individual Rules of Practice of Judge Swain, the ECF Rules and Instructions, and Order dated August 16, 2010 signed by Judge Swain (the 'documents') for service upon Respondents
3) On August 27, 2010, I proceeded to 88 Parsley Lane, Pharr TX 78577 which, on information and belief, is titled to Steven C. Reynolds and Karin Reynolds and Maria Reynolds per the Hidalgo County (TX) real property assessors office
4) On August 27, 2010 at 12:53 pm, a female answered the door and identified herself as Mary Reynolds and stated that Steven C. Reynolds was not in. I proceeded to execute service of process upon Mary Reynolds on behalf of **STEVEN C. REYNOLDS** by delivering to and leaving with her personally the 'documents'. Mary Reynolds is described as a White female, approximately 5' 5" tall, 130-140 pounds, brown hair, and 44 years of age.
5) Later in the afternoon of August 27, 2010, I received a telephone call from a male who identified himself as Steven Reynolds and further stated that I should not be serving documents to his mother's house because she is eighty-one years old, and that any papers that need serving can be served on his attorneys. He then provided two names: Joe Connors and Hollis Rankin and then provided the telephone number of 956-223-9159.
6) Service of process on the other four (4) Respondents was completed upon Joseph A. Connors, Esq. on August 30, 2010, per separate affidavits.
7) I further certify that I received the documents for service from Washington Pre-Trial Services, Inc. whose business address is 4626 Wisconsin Avenue NW #300, Washington, DC 20016 (telephone 202-887-0700), and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: August 31, 2010

OSCAR ORTEGA      # SCH3155

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

<u>Pan Oceanic Maritime, Inc.</u>
Petitioner(s)

Case Number: <u>10 Civ. 5923 (LTS)(RLE)</u>

-against-

<u>RSUSA, LLC et al</u>
Respondent(s)

## AFFIDAVIT OF SERVICE

8) My name is Oscar Ortega, and I am over eighteen (18) years of age and certified to serve process in the State of Texas
9) On or about August 20, 2010, I received a Notice of Petition to Confirm Arbitration Award, Affidavit of Thomas H. Belknap, Jr., in Support, Memorandum of Law in Support, Individual Rules of Practice of Judge Swain, the ECF Rules and Instructions, and Order dated August 16, 2010 signed by Judge Swain (the 'documents') for service upon Respondents
10) On August 27, 2010, I proceeded to 88 Parsley Lane, Pharr TX 78577 which, on information and belief, is titled to Steven C. Reynolds and Karin Reynolds and Maria Reynolds per the Hidalgo County (TX) real property assessors office
11) On August 27, 2010 at 12:53 pm, I served a set of documents at this address upon a female who identified herself as Mary Reynolds on behalf of Steven C. Reynolds.
12) Later in the afternoon of August 27, 2010, I received a telephone call from a male who identified himself as Steven Reynolds and further stated that I should not be serving documents to his mother's house because she is eighty-one years old, and that any papers that need serving can be served on his attorneys. He then provided two names: Joe Connors and Hollis Rankin and then provided the telephone number of 956-223-9159.
13) On August 30, 2010, at 4:31 PM, I executed service of process upon Joseph A. Connors, Esq., counsel to and authorized by Steven C. Reynolds to accept on his behalf for **RSUSA, LLC**, at 605 E. Violet Avenue #3, McAllen, TX 78504 by delivering to and leaving with personally, copies of the 'documents'. Joseph A. Connors is described as a White male, approximately 6'1" tall, 190 pounds, white hair, and 60 years of age
14) I further certify that I received the documents for service from Washington Pre-Trial Services, Inc. whose business address is 4626 Wisconsin Avenue NW #300, Washington, DC 20016 (telephone 202-887-0700), and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: August 31, 2010

OSCAR ORTEGA  #SCH3155

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Pan Oceanic Maritime, Inc.
Petitioner(s)

Case Number: <u>10 Civ. 5923 (LTS)(RLE)</u>

-against-

RSUSA, LLC et al
Respondent(s)

### AFFIDAVIT OF SERVICE

15) My name is Oscar Ortega, and I am over eighteen (18) years of age and certified to serve process in the State of Texas
16) On or about August 20, 2010, I received a Notice of Petition to Confirm Arbitration Award, Affidavit of Thomas H. Belknap, Jr., in Support, Memorandum of Law in Support, Individual Rules of Practice of Judge Swain, the ECF Rules and Instructions, and Order dated August 16, 2010 signed by Judge Swain (the 'documents') for service upon Respondents
17) On August 27, 2010, I proceeded to 88 Parsley Lane, Pharr TX 78577 which, on information and belief, is titled to Steven C. Reynolds and Karin Reynolds and Maria Reynolds per the Hidalgo County (TX) real property assessors office
18) On August 27, 2010 at 12:53 pm, I served a set of documents at this address upon a female who identified herself as Mary Reynolds on behalf of Steven C. Reynolds.
19) Later in the afternoon of August 27, 2010, I received a telephone call from a male who identified himself as Steven Reynolds and further stated that I should not be serving documents to his mother's house because she is eighty-one years old, and that any papers that need serving can be served on his attorneys. He then provided two names: Joe Connors and Hollis Rankin and then provided the telephone number of 956-223-9159.
20) On August 30, 2010, at 4:31 PM, I executed service of process upon Joseph A. Connors, Esq., counsel to and authorized by Steven C. Reynolds to accept on his behalf for **PACIFIC COAST MINERALS USA, LLC**, at 605 E. Violet Avenue #3, McAllen, TX 78504 by delivering to and leaving with personally, copies of the 'documents'. Joseph A. Connors is described as a White male, approximately 6'1" tall, 190 pounds, white hair, and 60 years of age
21) I further certify that I received the documents for service from Washington Pre-Trial Services, Inc. whose business address is 4626 Wisconsin Avenue NW #300, Washington, DC 20016 (telephone 202-887-0700), and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: August 31, 2010

OSCAR ORTEGA # SCH3155

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Pan Oceanic Maritime, Inc.
Petitioner(s)

Case Number: 10 Civ. 5923 (LTS)(RLE)

-against-

RSUSA, LLC et al
Respondent(s)

## AFFIDAVIT OF SERVICE

29) My name is Oscar Ortega, and I am over eighteen (18) years of age and certified to serve process in the State of Texas
30) On or about August 20, 2010, I received a Notice of Petition to Confirm Arbitration Award, Affidavit of Thomas H. Belknap, Jr., in Support, Memorandum of Law in Support, Individual Rules of Practice of Judge Swain, the ECF Rules and Instructions, and Order dated August 16, 2010 signed by Judge Swain (the 'documents') for service upon Respondents
31) On August 27, 2010, I proceeded to 88 Parsley Lane, Pharr TX 78577 which, on information and belief, is titled to Steven C. Reynolds and Karin Reynolds and Maria Reynolds per the Hidalgo County (TX) real property assessors office
32) On August 27, 2010 at 12:53 pm, I served a set of documents at this address upon a female who identified herself as Mary Reynolds on behalf of Steven C. Reynolds.
33) Later in the afternoon of August 27, 2010, I received a telephone call from a male who identified himself as Steven Reynolds and further stated that I should not be serving documents to his mother's house because she is eighty-one years old, and that any papers that need serving can be served on his attorneys. He then provided two names: Joe Connors and Hollis Rankin and then provided the telephone number of 956-223-9159.
34) On August 30, 2010, at 4:31 PM, I executed service of process upon Joseph A. Connors, Esq., counsel to and authorized by Steven C. Reynolds to accept on his behalf for **THE SCR TRUST**, at 605 E. Violet Avenue #3, McAllen, TX 78504 by delivering to and leaving with personally, copies of the 'documents'. Joseph A. Connors is described as a White male, approximately 6'1" tall, 190 pounds, white hair, and 60 years of age
35) I further certify that I received the documents for service from Washington Pre-Trial Services, Inc. whose business address is 4626 Wisconsin Avenue NW #300, Washington, DC 20016 (telephone 202-887-0700), and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: August 31, 2010

OSCAR ORTEGA   # SCH 3155

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pan Oceanic Maritime, Inc.
  Petitioner(s)

Case Number: <u>10 Civ. 5923 (LTS)(RLE)</u>

  -against-

 RSUSA, LLC et al
  Respondent(s)

## AFFIDAVIT OF SERVICE

22) My name is Oscar Ortega, and I am over eighteen (18) years of age and certified to serve process in the State of Texas
23) On or about August 20, 2010, I received a Notice of Petition to Confirm Arbitration Award, Affidavit of Thomas H. Belknap, Jr., in Support, Memorandum of Law in Support, Individual Rules of Practice of Judge Swain, the ECF Rules and Instructions, and Order dated August 16, 2010 signed by Judge Swain (the 'documents') for service upon Respondents
24) On August 27, 2010, I proceeded to 88 Parsley Lane, Pharr TX 78577 which, on information and belief, is titled to Steven C. Reynolds and Karin Reynolds and Maria Reynolds per the Hidalgo County (TX) real property assessors office
25) On August 27, 2010 at 12:53 pm, I served a set of documents at this address upon a female who identified herself as Mary Reynolds on behalf of Steven C. Reynolds.
26) Later in the afternoon of August 27, 2010, I received a telephone call from a male who identified himself as Steven Reynolds and further stated that I should not be serving documents to his mother's house because she is eighty-one years old, and that any papers that need serving can be served on his attorneys. He then provided two names: Joe Connors and Hollis Rankin and then provided the telephone number of 956-223-9159.
27) On August 30, 2010, at 4:31 PM, I executed service of process upon Joseph A. Connors, Esq., counsel to and authorized by Steven C. Reynolds to accept on his behalf for **PACIFIC COAST MINERALS S.A. De C.V.**, at 605 E. Violet Avenue #3, McAllen, TX 78504 by delivering to and leaving with personally, copies of the 'documents'. Joseph A. Connors is described as a White male, approximately 6'1" tall, 190 pounds, white hair, and 60 years of age
28) I further certify that I received the documents for service from Washington Pre-Trial Services, Inc. whose business address is 4626 Wisconsin Avenue NW #300, Washington, DC 20016 (telephone 202-887-0700), and that I am not a party to this action.

I solemnly declare and affirm under penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information, and belief.

Date: August 31, 2010

OSCAR ORTEGA    # SCH3155